IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| CLINTON T. THOMPSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-091 |
| | ) | |
| ANDREW SAUL, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed this case on September 25, 2020. (Doc. no. 1.) On February 9, 2021, and with the consent of all parties, the Court granted Defendant's request for a ninety-day extension of time to file an answer because of an inability to timely produce the transcript of the administrative record during the COVID-19 pandemic. (Doc. nos. 11, 12.) Defendant filed the answer and transcript on May 11, 2021, and the Court set a briefing schedule. (Doc. nos. 17-19.) The Court granted an extension of time for Plaintiff to file a brief, again with the consent of the parties, setting an extended deadline of July 12, 2021. (Doc. nos. 20, 21.) Six days prior to the expiration of Plaintiff's extended deadline, counsel discovered Defendant's certified transcript was missing the transcript of the October 24, 2019 administrative hearing. (Doc. no. 22.) The parties now request an indefinite stay of the of the case "until such time as this Agency provides the complete certified transcript or status of the hearing dated October 24, 2019," and they "agree that Plaintiff may have up to thirty (30) days after [the] transcript is filed to filed [sic] Plaintiff's Brief." (Id. at 1-2.)

As the above case history shows, the Court has already granted multiple extensions in this case. Moreover, the Court is troubled that despite a certification that "a full and accurate transcript of the entire record of proceedings relating to this case" was filed May 11, 2021, (doc. no. 18, p. 1), the parties did not discover until less than one week prior to an extended deadline for filing Plaintiff's brief that the transcript of the administrative hearing apparently forming the basis for the captioned appeal is missing. Therefore, the Court **GRANTS IN PART** the request for a stay. (Doc. no. 22.) The Court stays the current July 12, 2021 deadline for filing Plaintiff's brief. Defendant shall have through and including August 31, 2021, to report back to the Court when the complete certified transcript - to include the missing October 24, 2019 hearing - is expected to be filed, or to inform the Court of "the status of the hearing dated October 24, 2019." The Court will reset briefing deadlines as necessary upon receipt of the information on August 31, 2021, but the Court is not inclined to continue to grant repeated, lengthy extensions that do not move the case toward its ultimate resolution.

SO ORDERED this 8th day of July, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA